# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., | : | No. 110 EAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, BUREAU OF LABOR LAW COMPLIANCE, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ELIZABETH HAUBRICH, | : | |
| | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

(1)  Whether the Pennsylvania Personnel File Act [43 P.S. §§1321-24]'s definition of "current employee" means *former* employee, as was held by the Commonwealth Court in this case when it erroneously relied on nonprecedential *dicta* in an earlier Commonwealth Court decision (Beitman v. Dep't. of Labor & Indus., 675 A.2d 1300 (Pa. Cmwlth. 1996))?